| Fill in this information to identify the case: |
|---|
| United States Bankruptcy Court for the: **NORTHERN DISTRICT OF TEXAS** |
| Case number (if known): _____ Chapter __11__ |

☐ Check if this is an amended filing

Official Form 201

**Voluntary Petition for Non-Individuals Filing for Bankruptcy** 04/16

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, Instructions for Bankruptcy Forms for Non-Individuals, is available.

1. **Debtor's name**  
   **Sundance Lodge LLC**

2. **All other names debtor used in the last 8 years**  
   Include any assumed names, trade names and *doing business as* names

3. **Debtor's federal Employer Identification Number (EIN)**  
   3 2 – 0 4 4 5 7 3 8

4. **Debtor's address**

   **Principal place of business**

   **75001 IH-20**  
   Number   Street

   **Gordon**              **TX**   **76453**  
   City                    State   ZIP Code

   **Palo Pinto**  
   County

   **Mailing address, if different from principal place of business**

   **1255 W. 15th Street**  
   Number   Street  
   **Suite 135**  
   P.O. Box

   **Plano**               **TX**   **75075**  
   City                    State   ZIP Code

   **Location of principal assets, if different from principal place of business**

   _____  
   Number   Street

   _____  
   City                    State   ZIP Code

5. **Debtor's website (URL)**

6. **Type of debtor**  
   ☑ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))  
   ☐ Partnership (excluding LLP)  
   ☐ Other. Specify: _____

Debtor **Sundance Lodge LLC** _____ Case number (if known) _____

**7. Describe debtor's business**

*A. Check one:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))
☒ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))
☐ Railroad (as defined in 11 U.S.C. § 101(44))
☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))
☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))
☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))
☐ None of the above

*B. Check all that apply:*

☐ Tax-exempt entity (as described in 26 U.S.C. § 501)
☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. § 80a-3)
☐ Investment advisor (as defined in 15 U.S.C. § 80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See http://www.uscourts.gov/four-digit-national-association-naics-codes

____ ____ ____ ____

**8. Under which chapter of the Bankruptcy Code is the debtor filing?**

*Check one:*

☐ Chapter 7
☐ Chapter 9
☒ Chapter 11. *Check all that apply:*

☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,566,050 (amount subject to adjustment on 4/01/19 and every 3 years after that).

☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D). If the debtor is a small business debtor, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if all of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

☐ A plan is being filed with this petition.

☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy Under Chapter 11 (Official Form 201A) with this form.

☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

**9. Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**

If more than 2 cases, attach a separate list.

☒ No
☐ Yes. District _____ When _____ Case number _____
                                    MM / DD / YYYY
       District _____ When _____ Case number _____
                                    MM / DD / YYYY
       District _____ When _____ Case number _____
                                    MM / DD / YYYY

Debtor **Sundance Lodge LLC** _____  Case number (if known) _____

| | | |
|---|---|---|
| **10.** **Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?** List all cases. If more than 1, attach a separate list. | ☐ No<br>☑ Yes. Debtor **See Exhibit "B"** _____<br>District _____<br>Case number, if known _____<br><br>Debtor _____<br>District _____<br>Case number, if known _____ | Relationship _____<br>When _____<br>       MM / DD / YYYY<br><br>Relationship _____<br>When _____<br>       MM / DD / YYYY |

**11. Why is the case filed in *this district*?**

*Check all that apply:*

☑ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

☑ No
☐ Yes. Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?**  *(Check all that apply.)*

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.
What is the hazard? _____

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other _____

**Where is the property?**  _____
Number      Street

_____
_____
City                                 State     ZIP Code

**Is the property insured?**

☐ No
☐ Yes. Insurance agency _____
Contact name _____
Phone _____

## Statistical and adminstrative information

**13. Debtor's estimation of available funds**

*Check one:*

☑ Funds will be available for distribution to unsecured creditors.
☐ After any administrative expenses are paid, no funds will be available for distribution to unsecured creditors.

Official Form 201    **Voluntary Petition for Non-Individuals Filing for Bankruptcy**    page 3

Debtor **Sundance Lodge LLC**     Case number (if known) _____

| 14. Estimated number of creditors | ☒ 1-49<br>☐ 50-99<br>☐ 100-199<br>☐ 200-999 | ☐ 1,000-5,000<br>☐ 5,001-10,000<br>☐ 10,001-25,000 | ☐ 25,001-50,000<br>☐ 50,001-100,000<br>☐ More than 100,000 |
|---|---|---|---|
| 15. Estimated assets | ☐ $0-$50,000<br>☐ $50,001-$100,000<br>☐ $100,001-$500,000<br>☐ $500,001-$1 million | ☒ $1,000,001-$10 million<br>☐ $10,000,001-$50 million<br>☐ $50,000,001-$100 million<br>☐ $100,000,001-$500 million | ☐ $500,000,001-$1 billion<br>☐ $1,000,000,001-$10 billion<br>☐ $10,000,000,001-$50 billion<br>☐ More than $50 billion |
| 16. Estimated liabilities | ☐ $0-$50,000<br>☐ $50,001-$100,000<br>☐ $100,001-$500,000<br>☐ $500,001-$1 million | ☐ $1,000,001-$10 million<br>☒ $10,000,001-$50 million<br>☐ $50,000,001-$100 million<br>☐ $100,000,001-$500 million | ☐ $500,000,001-$1 billion<br>☐ $1,000,000,001-$10 billion<br>☐ $10,000,000,001-$50 billion<br>☐ More than $50 billion |

### Request for Relief, Declaration, and Signatures

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

17. **Declaration and signature of authorized representative of debtor**

    ■ The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

    ■ I have been authorized to file this petition on behalf of the debtor.

    ■ I have examined the information in this petition and have a reasonable belief that the information is true and correct.

    I declare under penalty of perjury that the foregoing is true and correct.

    Executed on **09/07/2018**
    MM / DD / YYYY

    X **/s/ Michael A. Ruff**     **Michael A. Ruff**
    Signature of authorized representative of debtor     Printed name

    Title **See Exhibit "A"**

18. **Signature of attorney**

    X **/s/ Gerrit M. Pronske**     Date **09/07/2018**
    Signature of attorney for debtor     MM / DD / YYYY

    **Gerrit M. Pronske**
    Printed name
    **Pronske Goolsby & Kathman, P.C.**
    Firm name
    **2701 Dallas Parkway**
    Number    Street
    **Suite 590**

    **Plano**     **TX**     **75093**
    City     State     ZIP Code

    **(214) 658-6500**     **gpronske@pgkpc.com**
    Contact phone     Email address
    **16351640**     **TX**
    Bar number     State

EXHIBIT "A"

Sundance Lodge LLC

By: Sundance Partners LLC, Manager

By: Commander Neyo Trust, Manager

By: _____
Michael A. Ruff
Trustee of Commander Neyo Trust

**EXHIBIT "B"**

10.    **Debtor:** CM Resort LLC
      **Relationship to you:** Affiliate
      **District:** Northern District of Texas
      **When:** 08/15/2018
      **Case Number:** 18-43168-rfn11

      **Debtor:** CM Resort Management LLC
      **Relationship to you:** Affiliate
      **District:** Northern District of Texas
      **When:** 08/27/2018
      **Case Number:** 18-43290-mxm11

      **Debtor:** Destination Development Partners, Inc.
      **Relationship to you:** Affiliate
      **District:** Northern District of Texas
      **When:** 08/27/2018
      **Case Number:** 18-43292-rfn11

      **Debtor:** Destination Development Community III, Ltd.
      **Relationship to you:** Affiliate
      **District:** Northern District of Texas
      **When:** 08/27/2018
      **Case Number:** 18-43294-mxm11

      **Debtor:** Specfac Group LLC
      **Relationship to you:** Affiliate
      **District:** Northern District of Texas
      **When:** 09/07/2018

      **Debtor:** Sundance Partners LLC
      **Relationship to you:** Affiliate
      **District:** Northern District of Texas
      **When:** 09/07/2018

      **Debtor:** Sundance Residence Club LLC
      **Relationship to you:** Affiliate
      **District:** Northern District of Texas
      **When:** 09/07/2018

      **Debtor:** Sundance Residences LLC
      **Relationship to you:** Affiliate
      **District:** Northern District of Texas
      **When:** 09/07/2018

**Debtor:** Icarus Investments Inc.
**Relationship to you:** Affiliate
**District:** Northern District of Texas
**When:** 09/07/2018